UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., | ) ) ) |
| Plaintiffs/Judgment Creditors, | ) ) |
| vs. | ) ) Case No. 4:04CV492 JCH |
| BEE CABINET CORP., et al., | ) ) |
| Defendants/Judgment Debtors, | ) ) |
| and | ) ) |
| CASS COMMERCIAL BANK, | ) ) |
| Garnishee, | ) ) |
| and | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Interpled Defendant. | ) |

**ORDER**

This matter is before the Court upon its review of the record. On January 24, 2005, this Court granted Default Judgment in favor of Plaintiffs. (Doc. No. 8). On April 14, 2005, Garnishee Cass Commercial Bank ("Garnishee") moved to interplead. (Doc. No. 16). Specifically, Garnishee noted that it held the following monies belonging to Defendants:

* Bee Cabinet LLC $6,916.35
* Bee-Evans LLC Commercial (Payroll Account) $4,516.29
* Evans Donald E. Sole Owner $1,462.15

(Id., ¶ 6). Garnishee noted that in addition to receiving a summons from this Court, ordering it to pay into the Court any monies or property in its possession belonging to Defendants, Garnishee

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

further received on March 31, 2005, a Notice of Levy upon Bee-Evans LLC and Don Evans (Sole Owner), from the United States Department of the Treasury, Internal Revenue Service, in the amount of $84,706.16. (Id., ¶¶ 1, 4). Garnishee thus requested that it be permitted to tender to the Court the amount of $12,894.79, representing the sum total of all Defendants' monies in Garnishee's possession, and then be released from any further obligations under either the garnishment or the levy. (Id., ¶ 9).

On May 18, 2005, the Court granted Garnishee's Motion to Interplead, and Motion to Add the United States of America (Internal Revenue Service) as a new party to this action. (Doc. No. 20). The United States and Plaintiffs now agree the money from the interpled fund should be distributed as follows:

1. The proceeds identified in the account called "Bee Cabinet LLC", in the amount of $6,916.35, should be paid to the United States.

2. The proceeds identified in the account called "Bee-Evans LLC", in the amount of $4,516.29, should be paid to the United States.

3. The proceeds identified in the account held in the name of Donald Evans, in the amount of $1,462.15, should be paid to Plaintiffs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall distribute the money held in the interpled fund associated with the instant case as follows: $11,432.64 paid to the United States, and $1,462.15 paid to Plaintiffs.

Dated this 8th day of July, 2005.

/s/ Jean C. Hamiton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com